IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MAXIMO ROMAN RAMOS CHILEL,** | * | |
| | * | |
| Petitioner, | * | |
| | * | **Civil Case No.: SAG-26-0011** |
| v. | * | |
| | * | |
| **PAMELA BONDI,** *et al.*, | * | |
| | * | |
| Respondents. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Petitioner Maximo Roman Ramos Chilel filed a Petition for a Writ of Habeas Corpus ("Petition") on January 2, 2026, ECF 1, asserting a number of claims and seeking immediate release from custody. This Court held a telephonic hearing on January 6, 2026, at which both parties presented argument. For the reasons stated during the hearing, and the legal rationale this Court set out in *Afghan v. Noem,* Civ. SAG-25-04105, 2025 WL 3713732 (D. Md. Dec. 23, 2025), this Court will GRANT the Petition and order that Petitioner receive bond hearing before an immigration judge within seven (7) days of the date of this ORDER. If the bond hearing is not held within seven days, Respondents should RELEASE Petitioner from custody. The parties should file a joint status update with the Court following the bond hearing. This Court shall RETAIN jurisdiction over this matter to enforce compliance with this Order.

Dated: January 6, 2026                    /s/
                                          Stephanie A. Gallagher
                                          United States District Judge