IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MAXIMO ROMAN RAMOS CHILEL**

    **v.**                              \*    **CIVIL CASE NO.  26-00011-SAG**

**PAMELA BONDI, et al**

                                  **\*\*\*\*\*\*\*\*\***

## **ORDER**

This Court having been notified that Petitioner has been released, ECF 8, it is this 5th day of February 2026, ORDERED the Petition for Writ of Habeas Corpus is DISMISSED. The Clerk is directed to CLOSE THIS CASE.

                                                                         /s/
                                                  Stephanie A. Gallagher
                                                  United States District Judge